893 A.2d 86

**Samuel WALSH, Assignee of Henrietta Kubiak, Executrix of the Estate of Richard Kubiak, M.D., Appellant**

v.

**MEDICAL PROFESSIONAL LIABILITY CATASTROPHE LOSS FUND, Appellee.**

Supreme Court of Pennsylvania.

March 20, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of March, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**